IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERI DIAMOND,

    Plaintiff,

v.                                                              Cause no. 1:20-cv-01155-KG-LF

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' *Joint Motion for Dismissal with Prejudice*, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby FINDS:

The parties have entered into a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to resolve and effect a full and final release of any and all claims, causes of action, and counterclaims that were brought or could have been brought herein by and between the parties to this lawsuit. The parties have agreed and have asked the Court to issue an order of dismissal with prejudice accordingly, that any and all claims, causes of action, and counterclaims that were brought or could have been brought in this action are to be dismissed with prejudice. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff's *Complaint for Bad Faith, Breach of the Covenant of Good Faith and Fair Dealing, Breach of Contract, and Violations of the New Mexico Unfair Claims Practices and*

*Unfair Trade Practices Acts* filed in the 13th Judicial District Court, County of Sandoval, State of New Mexico on 10/02/20, and removed to this Court on 11/06/20 is dismissed with prejudice.

2.	Any and all claims, causes of action, and counterclaims that were brought or could have been brought in this action are hereby dismissed with prejudice.

3.	The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Courtenay L. Keller*
Courtenay L. Keller
D. Chet Alderete
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
calderete@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Defendant Hartford*

- and -

**LAW OFFICES OF DAVID M. HOULISTON**

*/s/ David M. Houliston*
David M. Houliston
7500 Jefferson St. NE, Suite 106
Albuquerque, NM  87109
(505) 247-1223
david@houlistonlaw.com
*Attorneys for Plaintiff*